## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

FRANCIS EDWARD VEASEY,     :   No. 156 EM 2016

         Petitioner          :

           v.            :

COMMONWEALTH OF PENNSYLVANIA,   :

         Respondent        :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 15th day of November, 2016, the Application for Extraordinary Relief is **DENIED**.